UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JESSE JAMES ] | |
|     Plaintiff, ] | |
| ] | GENERAL DOCKET |
| v. ] | No. 3:10-mc-0064 |
| ] | Judge Trauger |
| SANDRA BULLOCK, et al. ] | |
|     Defendants. ] | |

**O R D E R**

The Court has before it a *pro se* petition for preliminary injunction (Docket Entry No. 1). The plaintiff has neglected, however, to either pay the fee required for the filing of the petition ($350) or submit a properly completed application to proceed in forma pauperis.

Accordingly, the plaintiff is hereby GRANTED thirty (30) days from the date of entry of this order on the docket in which to either pay the requisite filing fee or provide a properly completed and signed application to proceed in forma pauperis. For the plaintiff's convenience, the Clerk will send him a blank application to proceed in forma pauperis.

The plaintiff is forewarned that, should he fail to comply with these instructions within the specified period of time, the complaint will be filed, the filing fee will be assessed against him and collected from his inmate trust account, and this action will be dismissed for want of prosecution.

It is so ORDERED.

                                              _____
                                              Aleta A. Trauger
                                              United States District Judge